IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MITCHELL ALAN DINGMAN                                                                                    PLAINTIFF

v.                                        Case No. 5:13-CV-05117

SERGIO BARRON, Deputy Public Defender;
BENTONCOUNTY PUBLIC DEFENDER OFFICE;
BENTON COUNTY JAIL; and BENTON COUNTY
PROSECUTORS OFFICE                                                                                      DEFENDANTS

## O R D E R

Currently before the Court is the report and recommendations ("R&R") (Doc. 10) filed in this case on October 21, 2013, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Also before the Court are Plaintiff's two supplements (Docs. 10-11) to his complaint. The supplements were filed on the same day as the Magistrate's R&R. Considering the fact that Plaintiff must have mailed the supplements at some point before October 21, 2013, the supplements presumably were not meant to be responsive to the R&R. However, as no other objections have been filed to the R&R, the Court did review the supplements to ensure that Plaintiff did not presciently address the issues raised in the R&R.

Having reviewed this case and, being well and sufficiently advised, the Court finds that the R&R is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. The supplements filed by Plaintiff do not address or remedy the issues raised in the R&R. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE**.

Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE